IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRACY HODGES,<br><br>Defendant. | 8:19CR210<br><br>ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |

The defendant appeared before the Court on January 21, 2025 regarding Petition for Offender Under Supervision [55]. Karen Shanahan represented the defendant. Mikala Purdy-Steenholdt represented the government. The matter proceeded by video with no objection from the defendant or counsel. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant is being released pending a final dispositional hearing. Therefore, the defendant does not have a right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before Chief U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:30 a.m. on March 6, 2025.

The government did not move for detention. The defendant shall be released on the current terms and conditions of supervision. Defendant shall successfully complete the long-term treatment program at The Bridge in Hastings, Nebraska. Defendant shall be directly transported by Christine Roettger to The Bridge on January 23, 2025 by 11:00 a.m.

**IT IS SO ORDERED**.

Dated this 21st day of January, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge